# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

In re

MUNIZ GARCIA, MARINOLIZ
XXX-XX-8629

Debtor(s)

Case No.: 08-08435 (GAC)

Chapter 13

## NOTICE OF WITHDRAWAL AS LEGAL COUNSEL FOR DEBTOR AND NOTICE OF APPREARANCE OF NEW COUNSEL FOR DEBTOR

TO THE HONORABLE COURT:

COMES NOW, the undersigned attorneys, Rafael Yulian Pomar and Jose L. Jimenez Quinones, and very respectfully state and pray as follow:

1. That the undersigned attorney Rafael Yulian Pomar was retained by debtor Marinoliz Muniz Garcia (hereinafter "Debtor") to be her attorney of record in the case above captioned.

2. That attorney Rafael Yulian Pomar notifies this Honorable Court, Debtor, the United State Trustee, the Chapter 13 Trustee, and all creditors and parties in interest his withdrawal as Debtor's attorney of record, due to professional differences with his client. That the undersigned attorney of record is not interested in any further compensation for the filing of the case of caption, therefore resigns to any post-filing compensation.

3. That attorney Jose L. Jimenez Quinones hereby notifies the Honorable this Court, Debtor, the United State Trustee, the Chapter 13 Trustee, and all creditors and parties in interest all parties in interest that that he is appearing as the new attorney of record for Debtor, subject to this Honorable Court approval. Please be advised that all writings, pleadings, documents and communication in the above captioned case be addressed to:

**JOSE L. JIMENEZ QUINONES, ESQ.**
The Hato Rey Center
269 Ave. Ponce De Leon, Ste. 1118
San Juan, PR 00918-2007
Tel. (787) 691-2458 / Fax (787) 731-5721
jljimenez11@gmail.com

4. A separate Statement of Disclosure of Attorney's Compensation will be filed by the, its effectiveness conditioned to the approval of Jose L. Jimenez Quinones as the new attorney for Debtor.

**WHEREFORE**, the undersigned attorney Rafael Yulian Pomar and Jose L. Jimenez Quinones respectfully pray this Honorable Court to take notice of the above mentioned.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 6th day of February, 2009.

**NOTICE:** Within ten (10) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sent a notification of such filing to: Alejandro Oliveras Rivera, Esq., Chapter 13 Trustee, at aorecf@ch13sju.com; and to Monsita Lecaroz Arribas, Esq., Assistant U.S. Trustee, ustpregion21.hr.ecf@usdoj.gov. I further certify that I mailed this document by First Class Mail postage prepaid to the non CM/ECF participants included in the address list attached to the original and counsels copies on file.

| | |
|---|---|
| /s/Rafael Yulian Pomar | /s/Jose L. Jimenez Quinones |
| RAFAEL YULIAN POMAR, ESQ. | JOSE L. JIMENEZ QUINONES, ESQ |
| USDC-PR 124401 | USDC-PR 203808 |
| 2 Calle Vela | The Hato Rey Center |
| San Juan, PR 00918 | 268 Ave. Ponce De Leon |
| Tel. 764-1565 / Fax (787) 767-8335 | San Juan, PR 00918 |
| rafaelyulian@yahoo.com | Tel. (787) 691-2458 / Fax (787) 731-5721 |
| | jljimenez11@gmail.com |

```
Label Matrix for local noticing          BANCO BILBAO VIZCAYA ARGENTARIA         DORAL BANK INC
0104-3                                    P.O. BOX 364745                         PO Box 70308
Case 08-08435-GAC13                       SAN JUAN, PR 00936-4745                 San Juan, PR 00936-8308 San Juan
District of Puerto Rico
Old San Juan
Wed Feb  4 12:09:11 AST 2009

US Bankruptcy Court District of P.R.     BANCO BILBAO VIZCAYA                     BANCO POPULAR
U.S. Post Office and Courthouse Building P.O.BOX 71113                            Card Products Division(643)
300 Recinto Sur Street, Room 109         SAN JUAN, PR 00936-8013                  P.O.Box 70100
San Juan, PR 00901-1964                                                           San Juan, PR 00936-8100


BANCO POPULAR DE PR                      BANCO POPULAR DE PR                      BANCO POPULAR DE PR-VISA
Consumer Credit Services Division        PO BOX 366818                            Card Products Division(643)
P.O.Box 71375                            SAN JUAN PUERTO RICO 00936-6818          P.O.Box 70100
San Juan, PR 00936-8475                                                           San Juan, PR 00936-8100


CITI AADVANTAGE                          CITIFINANCIAL                            DORAL FINANCIAL
P.O.BOX 6017                             P.O.BOX 70919                            P.O.BOX 71529
THE LAKES, NV 89163-0001                 CHARLOTTE, NC 28272-0919                 71529, PR 00936-8629


Doral Bank                               SEARS CREDIT CARDS                       ALEJANDRO OLIVERAS RIVERA
PO Box 70308                             P.O.BOX 183114                           ALEJANDRO OLIVERAS, CHAPTER 13 TRUS
San Juan, PR 00936-8308                  COLUMBUS, OH 43218-3114                  PO BOX 9024062
                                                                                  SAN JUAN, PR 00902-4062


MARINOLIZ MUNIZ GARCIA                   MONSITA LECAROZ ARRIBAS                  RAFAEL YULIAN POMAR
PO BOX 270199                            OFFICE OF THE US TRUSTEE (UST)           PO BOX 361630
SAN JUAN, PR 00928-2999                  OCHOA BUILDING                           SAN JUAN, PR 00936-1630
                                         500 TANCA STREET SUITE 301
                                         SAN JUAN, PR 00901-1938



         The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)BBVA-P.O. BOX 364745, SAN JUAN, P.R.  0093     End of Label Matrix
                                                  Mailable recipients    17
                                                  Bypassed recipients     1
                                                  Total                  18
```